1

2

3

4

5

6

7

8                                UNITED STATES DISTRICT COURT

9                            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    ALBERT J. HAMILTON,                              No.  2:16-cv-0547 AC P

12                   Plaintiff,

13           v.                                        ORDER

14    URBAN, et al.,

15                   Defendants.

16

17           Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42

18    U.S.C. § 1983, together with three separate requests for leave to proceed in forma pauperis

19    pursuant to 28 U.S.C. § 1915.  Plaintiff's in forma pauperis applications are each deficient in the

20    following ways.  *First*, the Certificate portion of the form – which must be completed by an

21    authorized official at plaintiff's place of incarceration – has not been filled out.  *Second*, plaintiff

22    has not submitted a certified copy of his prison trust account statement for the *six-month period*

23    *immediately preceding the filing of the complaint*.[1]  See 28 U.S.C. § 1915(a)(2).  Plaintiff will be

24    provided the opportunity to submit a fully completed in forma pauperis application and a certified

25    copy of his trust account statement for the relevant period.

26

     _____

27    [1]  In light of the relatively short time since the filing of plaintiff's complaint and the information
      contained in the previously submitted trust account statements, plaintiff may submit a certified
28    copy of his prison trust account statement for the six-month period preceding his submission..

                                                       1

1      Accordingly, IT IS HEREBY ORDERED that:

2      1.  Plaintiff's in forma pauperis applications filed April 14, 2016 and April 18, 2016, ECF

3 Nos. 5, 8, are denied without prejudice.

4      2.  Within thirty days after the filing date of this order, plaintiff shall submit to the court:

5        a.  A completed application in support of his request to proceed in forma pauperis,

6 on the form provided herewith by the Clerk of Court, that includes completion of the Certificate

7 portion of the affidavit by an authorized official at plaintiff's place of incarceration; and

8        b.  A certified copy of plaintiff's prison trust account statement for the six-month

9 period immediately preceding the filing of his complaint (see n.1, supra).

10      3.  The Clerk of the Court is directed to send plaintiff a new Application to Proceed In

11 Forma Pauperis By a Prisoner.

12 DATED: April 22, 2016

13

14             ALLISON CLAIRE
            UNITED STATES MAGISTRATE JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28